IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Eli Fultz, | Case No. 3:19 CV 952 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Norfolk Southern Railway Company, | |
| Defendant. | |

Phone Status held March 27, 2020. Counsel present: Bob Harrington for Plaintiff; Sheila McKeon for Defendant.

Counsel will collaborate to adjust discovery deadlines as appropriate, keeping in mind that trial is currently set to begin on **July 28, 2020** (Non-Doc. Entry 11/15/2019). A brief Joint Status Report is due by **May 29**; alternatively, counsel may contact Chambers to schedule a Phone Status.

IT IS SO ORDERED.

                                                           s/ *Jack Zouhary*
                                                           JACK ZOUHARY
                                                           U.S. DISTRICT JUDGE

                                                           March 30, 2020