# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION - TOLEDO

| | | |
|---|---|---|
| ELI FULTZ, | ) | |
| Plaintiff, | ) | Case No. 3:19-cv-00952 |
| v. | ) | Judge Jack Zouhary |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | ) | **JOINT STATUS REPORT** |
| Defendant. | ) | |

The Parties submit the following Joint Status Report pursuant to Court Order (Dkt. #21):

The Parties have scheduled during June 9, 2020 through June 12, 2020 a number of Norfolk Southern employee depositions to proceed virtually due to the ongoing travel restrictions associated with COVID-19 and Norfolk Southern's current policy restricting in-person depositions. Plaintiff's Rule 30(b)(6) Notice of Deposition will take place in person by agreement of the Parties at a later mutually agreed upon date and time. Plaintiff sat for an examination with Defendant's chosen Rule 35 IME physician on May 18, 2020. That report has yet to be produced but is forthcoming.

The Parties request a short phone conference to discuss the scheduling of trial due to the most recent order of this Court ordering jury trials to not commence prior to August 2020. This case is currently set for trial on July 28, 2020.

Respectfully submitted,

By: /s/ Robert E. Harrington, III
Robert E. Harrington, III (0096206)
HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
One North LaSalle St., Suite 3150
Chicago, Illinois 60606
Tel: (312) 332-8811
Fx: (312) 332-2027
E-mail: htah@harringtonlaw.com

*Counsel for Plaintiff Eli Fultz*

/s/ Sheila A. McKeon
Sheila A. McKeon (0012067)
GALLAGHER SHARP
420 Madison Ave., Suite 1250
Toledo, Ohio 43604
Tel: (419) 243-7724

*Counsel for Defendant Norfolk Southern Railway Company*